UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1952 (MJD/JGL)

CAROLYN ROACH-EZEAGWU,

Plaintiff,

v. **PRETRIAL ORDER**

UNITED STATES POSTAL SERVICE,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one day;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to June 1, 2002;

3. Plaintiff shall disclose all expert witnesses, including reports, by June 1, 2002, and Defendant shall disclose all expert witnesses, including reports, by July 1, 2002;

4. The period during which the parties may seek discovery shall be completed by September 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to September 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to December 1, 2002; and

7. This case will be considered "ready for trial" as of December 1, 2002.

DATED: March 29, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Filed MAR 29 2002
Richard D. Sletten, Clerk
Judgment Entd.__________
Deputy Clerk__________