UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1952 MJD/JGL

CAROLYN ROACH-EZEAGWU,

Plaintiff,

v.

**O R D E R**

UNITED STATES POSTAL SERVICE,

Defendant.

The Court, having been advised that the above-entitled mater has been settled by the parties, **ORDERS** that this case is dismissed in its entirety.

Dated: June 27, 2002

MICHAEL J. DAVIS
United States District Court Judge

FILED JUN 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____